UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2012
```

ONDER ALTAS, *et al.*,

                Plaintiffs,

-v-

PHILIPPE NORTH AMERICA
RESTAURANTS LLC, *et al.*,

                Defendants.

No. 12 Civ. 5032 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiffs, dated November 8, 2012, requesting that (1) the Court address Plaintiffs' allegation that Defendants are intimidating putative FLSA class members from opting into this action; (2) the conference currently scheduled for November 16, 2012 at 3:30 p.m. be moved to accommodate the Sabbath observance of Plaintiffs' counsel; (3) the Court direct Defendant Stratis Morfogen to appear at that conference; and (4) the deadline for Plaintiffs to move for collective certification be moved from October 31, 2012 to November 16, 2012 in light of the disruption from Hurricane Sandy. Accordingly, IT IS HEREBY ORDERED THAT Defendants shall respond to Plaintiffs' allegation by Tuesday, November 13, 2012. IT IS FURTHER ORDERED THAT the conference on November 16 will be held at 10:45 a.m. instead of 3:30 p.m. IT IS FURTHER ORDERED THAT Mr. Morfogen shall appear at that conference. IT IS FURTHER ORDERED THAT Plaintiffs may move for class certification no later than November 16, 2012.

SO ORDERED.

Dated:    November 8, 2012
           New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE