UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONDER ALTAS, *et al.*,

                Plaintiffs,

-v-

PHILIPPE NORTH AMERICA
RESTAURANTS LLC, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2012

No. 12 Civ. 5032 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiffs, dated November 26, 2012, informing the Court that the parties have agreed to stipulate to collective certification under 29 U.S.C. § 216(b) but are unable to agree on the precise language of the proposed mailing notice that Plaintiffs intend to send all potential class members. As Plaintiffs' letter sets forth their view of what the language should be, IT IS HEREBY ORDERED THAT Defendants shall respond to Plaintiffs' letter by Monday, December 3, 2012.

SO ORDERED.

Dated:      November 29, 2012
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE