

MEMO ENDORSED

## MILMAN LABUDA LAW GROUP PLLC
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

Author: Jamie S. Felsen
Direct E-Mail Address: jamiefelsen@mllaborlaw.com
Direct Dial: (516) 303-1391

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-13
```

April 22, 2013

**VIA E-MAIL (sullivannysdchambers@nysd.uscourts.gov)**

Honorable Richard J. Sullivan, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

    Re:    **Altas, et al. v. Philippe North America, et al.**
           **Case No. 12-5032**
           **Case No. 12-6967**
           **MLLG File No. 165-12**

Dear Judge Sullivan:

    This office represents the defendants, Philippe North America Restaurants LLC, Dave 60 NYC, Inc., Philippe Hamptons Inc., Philippe Miami LLC, Philippe Chow and Stratis Morfogen in the above-referenced matters.

    Our office has been informed by the firm of Berger, Fischoff & Shumer, LLP, bankruptcy attorneys for defendant, Philippe Hamptons, Inc., that Philippe Hamptons, Inc. filed Chapter 7 bankruptcy proceedings today in the United States Bankruptcy Court for the Eastern District of New York. The matter has been assigned case number 8-13-72083. It is our understanding that the instant litigation is subject to an automatic stay under 11 U.S.C. §362.

    Thank you for your attention to this matter.

                                Respectfully submitted,

                                /s/ Jamie S. Felsen

cc:    D. Maimon Kirschenbaum, Esq. (via e-mail)

IT IS HEREBY ORDERED THAT Plaintiffs shall respond to Defendants' letter by April 25, 2013.

SO ORDERED
Dated: 4/22/13

RICHARD J. SULLIVAN
U.S.D.J.