

**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042
TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

**MEMO ENDORSED**

Author: Jamie S. Felsen
Direct E-Mail Address: jamiefelsen@mllaborlaw.com
Direct Dial: (516) 303-1391

*RECEIVED MAY -8 2013 CHAMBERS OF KEVIN NATHANIEL FOX U.S. MAGISTRATE JUDGE*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # _____ DATE FILED 5/9/13*

May 8, 2013

<u>VIA Fax (212) 805-6712</u>

Honorable Kevin N. Fox, U.S.M.J.
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Altas, et al. v. Philippe North America, et al.
            Case No. 12-5032
            Case No. 12-6967
            <u>MLLG File No.: 165-12</u>

Dear Judge Fox:

    This firm represents the defendants in the above-referenced matters.

    On April 22, 2013, we informed Judge Sullivan that defendant, Philippe Hamptons, Inc. filed Chapter 7 bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of New York on April 22, and that therefore, it is our understanding that the instant litigation is subject to an automatic stay under 11 U.S.C. §362.

    A settlement conference is scheduled in both matters for May 13, 2013. Since we believe that the matters have been automatically stayed under 11 U.S.C. §362, it is our understanding that the settlement conference scheduled for May 13 cannot proceed.

*[Handwritten endorsement:] 5/9/13 A stay pursuant to 11 U.S.C. §362 applies only to the debtor and not to co-defendants who are not bankrupt. See Teachers Ins. and Annuity Assoc. of Am. v. Butler, 803 F.2d 61, 65 (2d Cir. 1986). Therefore, the settlement conference will proceed with all parties who are not bankrupt. SO ORDERED: /Kevin Nathaniel Fox/, USMJ*

Respectfully submitted,

MILMAN LABUDA LAW GROUP PLLC

Jamie S. Felsen

cc:    Josef Nussbaum, Esq. (via fax 212-688-2548)