UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____19_____
DATE FILED: 9-19-13
```

ONDER ATLAS, *et al.*,

                      Plaintiffs,

-v-

PHILLIPE NORTH AMERICAN RESTAURANTS, *et al.*,

                      Defendants.

No. 12 Civ. 5032 (RJS)
No. 12 Civ. 6967 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Plaintiffs' counsel, dated September 17, 2013, informing the Court that the parties have agreed to settle the above-captioned cases. Both cases were brought pursuant to the Fair Labor Standards Act of 1938, ch. 676, 52 Stat. 1060 (codified as amended at 29 U.S.C. §§ 201–219). As such, any "settlement must be judicially approved or supervised by the Secretary of Labor." *Boucad v. City of New York*, No. 07 Civ. 11098 (RJS), 2010 WL 4813784, at *1 (S.D.N.Y. Nov. 16, 2010). Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for a fairness hearing on September 23, 2013 at 4:30 p.m. IT IS FURTHER ORDERED that the post-discovery conference scheduled for that same date and time is adjourned.

SO ORDERED.

Dated:     September 19, 2013
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE