UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___ _____
DATE FILED: 9-24-13
```

---

ONDER ALTAS, *et al.*,

                          Plaintiffs,

     -v-

PHILLIPE NORTH AMERICAN
RESTAURANTS, *et al.*,

                          Defendants.

---

No. 12 Civ. 5032 (RJS)
No. 12 Civ. 6967 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On September 23, 2013, the Court held a fairness hearing to evaluate a proposed settlement in these cases.  For the reasons stated on the record, IT IS HEREBY ORDERED THAT the settlement is approved.   IT IS FURTHER ORDERED THAT the settlement agreement and accompanying letter are sealed.  IT IS FURTHER ORDERED THAT these cases are dismissed with prejudice.  The clerk of the court is respectfully directed to close this case.

SO ORDERED.

Dated:      September 23, 2013
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE